Mirch Law Office
Kevin J. Mirch, Esq.
kevinmirch@mirchlaw.com
Bar No. 106973
Marie C. Mirch, Esq.
mariemirch@mirchlaw.com
Bar No. 200833
1133 Columbia Street #106
San Diego, CA 92101
619-501-6220
619-501-6980 fax

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., EARLENE FORSYTHE, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, in his official capacity as ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL LEAVITT, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANDREW C. VON ESCHENBACH, M.D., in his official capacity as the ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION, MARK GUNDERSON, M.D., an individual, ROBERT PERLSTEIN, M.D., an individual JOHN ZELINSKY, an individual, and DOES 1-10 <br><br> Defendants. | Case No. C 08-05160 ~~EMC~~  MMC <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs, James W. Forsythe, M.D., Earlene Forsythe, through their attorney of record, Marie Mirch, and Defendant, Mark Gunderson, M.D., through his attorneys, Hager and Hearne, Treva Hearne , that the deadline for Plaintiffs to file their opposition to Defendant's Motion to Dismiss is hereby extended to and including, Friday, January 9, 2009.

///

The Opposition is currently due on January 5, 2009. This is Plaintiff's first request for an extension of time, and is made in order to accommodate counsel's schedule and is not made for the purpose of any undue delay.

DATED:        January 5, 2009.

                                  BY: /s/ Marie C. Mirch
                                          Marie C. Mirch
                                          MIRCH LAW OFFICE
                                          1133 Columbia St #106
                                          San Diego, CA 92101
                                          Counsel for Plaintiff

DATED: January  6 , 2009.

                                    BY:    /s/ Treva Hearne
                                          Treva J. Hearne
                                          Hager & Hearne
                                          245 E. Liberty Street, Suite 110
                                          Reno, Nv 89501
                                          Counsel for Defendant,
                                          Mark Gunderson, M.D.

**ORDER**

IT IS SO ORDERED.

DATED : January  6 , 2009.

                                            UNITED STATES ~~MAGISTRATE~~ JUDGE
                                            DISTRICT