```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8
9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
```

| | |
|---|---|
| JAMES FORSYTHE, M.D. <br> EARLENE FORSYTHE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MUKASEY, in his official capacity as ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL LEAVITT, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANDREW C. VON ESCHENBACH, M.D. in his official capacity as the ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION, MARK GUNDERSON, M.D. an individual, ROBERT PERLSTEIN, M.D. an individual, JOHN ZELINSKY, an individual, and DOES 1-10, <br><br> Defendant. | No. C-08-5160 MMC <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADING |

The parties, plaintiffs James W. Forsythe, M.D. and Earlene Forsythe, (collectively "Plaintiffs") and the federal defendants Michael Mukasey, Attorney General United States Department of Justice, Michael Leavitt, Secretary of the Department of Health and Human

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE
RESPONSIVE PLEADING
C-08-5160 MMC

1  Services, Andrew C. Von Eschenbach, M.D., Acting Commissioner of the United States Food
2  and Drug Administration, Robert Perlstein, M.D. and John Zelinsky (collectively, "Defendants")
3  by and through their counsel stipulate to the following:
4     WHEREAS Plaintiff's filed their complaint in case on November 13, 2008;
5     WHEREAS the United States Attorneys Office for the Northern District of California, San
6  Francisco received a copy of the complaint via certified mail on November 25, 2008;
7     WHEREAS, the Defendants' responsive pleading is currently due on January 26, 2009;
8     WHEREAS, the individual defendants Robert Perlstein and John Zelinsky are in the process
9  of obtaining approval for representation by the United States Attorney, pursuant to 28 C.F.R.
10 50.15 and this process could take several weeks;
11    The parties hereby agree and stipulate as follows:
12     The Defendants shall have until February 26, 2009 to file a responsive pleading in the
13 action case No. C-08-5160 MMC.

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/

Dated: January 6, 2009                _____
                                              MELISSA K. BROWN
                                              Assistant United States Attorney


                                              KEVIN MIRCH, ESQ.
                                              MARIE MIRCH, ESQ.

                                              /s/

Dated: January 6, 2009                _____
                                              MARIE MIRCH
                                              Attorneys for the Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE
RESPONSIVE PLEADING
C-08-5160 MMC

**ORDER**
identified above
The Court orders that the Defendants shall have until February 26, 2009, to a file responsive
pleading to the Complaint in Case No. CV 08-5160 MMC.

DATED: January 7, 2009

_____
HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADING
C-08-5160 MMC