Mirch Law Office
Kevin J. Mirch, Esq.
kevinmirch@mirchlaw.com
Bar No. 106973
Marie C. Mirch, Esq.
marie@mirchlaw.com
Bar No. 200833
444 West C Street Suite 320
San Diego, CA 92101
619-501-6220
619-501-6980 fax

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., EARLENE FORSYTHE, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, in his official capacity as ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL LEAVITT, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANDREW C. VON ESCHENBACH, M.D., in his official capacity as the ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION, MARK GUNDERSON, M.D., an individual, ROBERT PERLSTEIN, M.D., an individual, JOHN ZELINSKY, an individual, and DOES 1-10 <br><br> Defendants. | MMC <br> Case No. C 08-05160 ~~EMC~~ <br><br> ORDER APPROVING STIPULATION ~~AND ORDER~~ TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FAC (FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs, James W. Forsythe, M.D., Earlene Forsythe, through their attorney of record, Marie Mirch, and Defendant, Mark Gunderson, M.D., through his attorneys, Hager and Hearne, Treva Hearne , that the deadline for Plaintiffs to file their opposition to Defendant's Motion to Dismiss is hereby extended to and including, Wednesday, April 15, 2009.

///

The Opposition is currently due on April 13, 2009. This is Plaintiff's first request for an extension of time, and is made in order to accommodate counsel's schedule and is not made for the purpose of any undue delay.

DATED:    April 13  2009.

BY: /s/ Marie C. Mirch
    Marie C. Mirch
    MIRCH LAW OFFICE
    444 West C Street, Suite 320
    San Diego, CA 92101
    Counsel for Plaintiff

DATED: April  13 , 2009.

BY:    /s/ Treva Hearne
    Treva J. Hearne
    Hager & Hearne
    245 E. Liberty Street, Suite 110
    Reno, Nv 89501
    Counsel for Defendant,
    Mark Gunderson, M.D.

**ORDER**

IT IS SO ORDERED.

DATED : April  14 , 2009.

UNITED STATES ~~MAGISTRATE~~ JUDGE
                DISTRICT