IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES W. FORSYTHE, M.D., et al.,

    Plaintiffs,

v.

ERIC HOLDER, et al.,

    Defendants
                              /

No. C-08-5160 MMC

**ORDER CONTINUING HEARING ON DEFENDANT GUNDERSON'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**

    On March 24, 2009, defendant Mark Gunderson, M.D. ("Dr. Gunderson"), filed a motion to dismiss, and noticed the hearing for May 1, 2009. On March 25, 2009, defendants Eric Holder, Charles E. Johnson, Frank Torti, Robert Perlstein, M.D., and John Zelinski (collectively, "Federal Defendants") filed a motion to dismiss, and noticed the hearing for May 8, 2009.

    In the interests of judicial economy, the hearing on Dr. Gunderson's motion to dismiss is hereby CONTINUED from May 1, 2009 to May 8, 2009.

    Further, in light of the pending motions to dismiss, the Case Management Conference, currently scheduled for May 1, 2009, is hereby CONTINUED to June 26, 2009. A Joint Case Management Statement shall be filed no later than June 19, 2009.

    **IT IS SO ORDERED.**

Dated: April 28, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge