**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 JAMES W. FORSYTHE, M.D., et al.,                     No. C-08-5160 MMC

9                Plaintiffs,                          **ORDER VACATING MAY 8, 2009**
                                                      **HEARING**
10    v.

11 ERIC HOLDER, et al.,

12                Defendants
   _____/

13

14        Before the Court is the "Federal Defendants' Motion to Dismiss Plaintiffs' First

15 Amended Complaint," filed March 25, 2009.[1]  Plaintiffs James W. Forsythe, M.D. and

16 Earlene Forsythe (collectively, "the Forsythes") have filed opposition, to which the Federal

17 Defendants have replied.

18        Also before the Court is defendant Mark Gunderson, M.D.'s ("Dr. Gunderson")

19 "Motion to Dismiss First Amended Complaint," filed March 24, 2009, as amended March

20 25, 2009.  The Forsythes have filed opposition, to which Dr. Gunderson has replied.

21        Having read and considered the papers filed in support of and in opposition to the

22 motions, the Court finds the motions suitable for decision on the papers submitted and

23 VACATES the hearing scheduled for May 8, 2009.

24        **IT IS SO ORDERED.**

25

26 Dated: May 1, 2009                          _____
                                               MAXINE M. CHESNEY
27                                             United States District Judge

28 _____
        [1]The "Federal Defendants" are Eric Holder, Charles E. Johnson, Frank Torti, Robert
   Perlstein, M.D., and John Zelinksy.