IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., et al., | No. C-08-5160 MMC |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE ROBERT R. HAGER'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| ERIC HOLDER, et al., | |
| Defendants / | |

Before the Court is the application of Robert R. Hager ("Hager") for admission pro hac vice, filed June 17, 2009.

An application for admission pro hac vice must include the name of "a member of the bar of this Court in good standing," who "maintains an office within the State of California" and who has been "designated as co-counsel." See Civil L.R. 11-3(a)(3). Hager's application fails to include such required information.

Accordingly, the application is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: June 19, 2009

MAXINE M. CHESNEY
United States District Judge