IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., et al., | No. C-08-5160 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ERIC HOLDER, et al., | |
| Defendants / | |

In light of the pending motions to dismiss,[1] the Case Management Conference, currently scheduled for June 26, 2009, is hereby CONTINUED to August 28, 2009. A Joint Case Management Statement shall be filed no later than August 21, 2009.

**IT IS SO ORDERED.**

Dated: June 19, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant Mark Gunderson, M.D.'s motion to dismiss is under submission. (See Order, filed May 1, 2009.) Determination of the Federal Defendants' motion to dismiss has been deferred to provide the parties the opportunity to file supplemental briefs; said motion will be deemed under submission as of July 13, 2009. (See Order, filed May 14, 2009.)