UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., EARLENE FORSYTHE,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, in his official capacity as ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL LEAVITT, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANDREW C. VON ESCHENBACH, M.D., in his official capacity as the ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION, MARK GUNDERSON, M.D., an individual, ROBERT PERLSTEIN, M.D., an individual JOHN ZELINSKY, an individual, and DOES 1-10<br><br>    Defendants. | Case No. C 08-05160 ~~EMC~~ MMC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED COMPLAINT ~~(FIRST REQUEST)~~ |

  Plaintiffs, James W. Forsythe, M.D. and Earlene Forsythe, have moved for a ten day extension of time in which to file their Second Amended Complaint.

  Good cause appearing, Plaintiff's motion is GRANTED.

  Plaintiffs shall file their Second Amended Complaint no later than September 14, 2009.

  Defendants shall file their responsive pleading no later than ~~September 29~~ October 5, 2009.

MOTION FOR ENLARGEMENT OF TIME
TO FILE SECOND AMENDED COMPLAINT     1

...

1  IT IS SO ORDERED.

2  Dated September _4_, 2009.



_____
MAXINE M. CHESNEY
United States District Court Judge

MOTION FOR ENLARGEMENT OF TIME
TO FILE SECOND AMENDED COMPLAINT          2