United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., et al., | No. C-08-5160 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| ERIC HOLDER, et al., | |
| Defendants / | |

Before the Court is plaintiffs' "Motion for Enlargement of Time to File Second Amended Complaint," filed September 15, 2009, by which plaintiffs seek, pursuant to Civil Rule Local 6-3, a one-day extension of time to file their Second Amended Complaint ("SAC").[1]  Defendants have not filed a response to the motion.

Good cause appearing, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 21, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The SAC was filed September 15, 2009.  By order filed September 4, 2009, the Court directed plaintiffs to file the SAC no later than September 14, 2009.