IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., et al., | No. C-08-5160 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT DEFENDANT GUNDERSON'S MOTION TO DISMISS** |
| v. | |
| ERIC HOLDER, et al., | |
| Defendants / | |

By order filed August 14, 2009, the Court granted the Federal Defendants' motion to dismiss plaintiffs' First Amended Complaint ("FAC") and deferred ruling on defendant Mark Gunderson, M.D.'s ("Dr. Gunderson") motion to dismiss the FAC.

On September 15, 2009, plaintiffs, with leave of court, filed a Second Amended Complaint. "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, the Court hereby DENIES as moot Dr. Gunderson's motion to dismiss the FAC.

**IT IS SO ORDERED.**

Dated: September 21, 2009

MAXINE M. CHESNEY
United States District Judge