1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102-3495
     Telephone: (415) 436-6962
6    FAX: (415) 436-6748
     melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 JAMES FORSYTHE, M.D.                )  No. C-08-5160 MMC
   EARLENE FORSYTHE,                   )
13                                     )  ORDER APPROVING
       Plaintiff,                      )
14                                     )  STIPULATION AND [PROPOSED]
     v.                                )  ORDER TO ENLARGE TIME FOR
15                                     )  FEDERAL DEFENDANTS TO RESPOND
   ERIC HOLDER, in his official capacity as )  TO SECOND AMENDED COMPLAINT
16 ATTORNEY GENERAL, UNITED            )  PURSUANT TO LOCAL RULE 6-2
   STATES DEPARTMENT OF JUSTICE;       )
17 KATHLEEN SEBELIUS, in her official  )
   capacity as SECRETARY OF THE        )
18 DEPARTMENT OF HEALTH AND            )
   HUMAN SERVICES, MARGARET A.         )
19 HAMBURG, M.D. in her official capacity )
   as the COMMISSIONER OF THE UNITED )
20 STATES FOOD AND DRUG                )
   ADMINISTRATION, MARK                )
21 GUNDERSON, M.D., an individual,     )
   ROBERT PERLSTEIN, M.D., an          )
22 individual, JOHN ZELINSKY, an       )
   individual, and DOES 1-10,          )
23                                     )
       Defendants.                     )
24 _____ )

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME PURSUANT TO L.R. 6-2
C-08-5160 MMC

1  The plaintiffs James W. Forsythe, M.D. and Earlene Forsythe, (collectively "Plaintiffs")
2  and the federal defendants, Eric Holder, in his official capacity, Attorney General of the United
3  States ("DOJ"); Kathleen Sebelius in her official capacity, Secretary of the United States
4  Department of Health and Human Services ("DHHS"), Margaret A. Hamburg, M.D.,
5  Commissioner of the United States Food and Drug Administration ("FDA"), in her official
6  capacity; former FDA Special Agent John Zelinsky (Agent Zelinsky) in his individual capacity
7  and Robert Perlstein, M.D. ("Dr. Perlstein") in his individual capacity (collectively "Federal
8  Defendants"), by and through their counsel stipulate to the following:
9  WHEREAS, the Plaintiffs filed their Second Amended Complaint ("SAC") in the above-
10 captioned action on September 15, 2009;
11 WHEREAS, per court order, the Federal Defendants are currently required to file a
12 responsive pleading and or answer by October 5, 2009;
13 WHEREAS, the SAC contains two-hundred and seventy four paragraphs of factual
14 allegations not including subparagraphs and thirteen claims for relief and requires the assistance
15 of agency counsel for the Federal Defendants to formulate a response;
16 WHEREAS, the undersigned Assistant United States Attorney was informed on
17 September 17, 2009 that agency counsel for the Federal Defendants will be on military leave
18 until September 23, 2009 and will also be out of the office on September 28, 2009 in observance
19 of Yom Kippur;
20 WHEREAS, the undersigned Assistant United States Attorney will be out of the country
21 on October 2 through October 5, 2009;
22 ACCORDINGLY, the Plaintiff and Federal Defendants (collectively "the parties") agree
23 and stipulate as follows:
24 The parties hereby stipulate and agree that the Federal Defendants will have until October
25 13, 2009 to file a responsive pleading to the Second Amended Complaint and respectfully
26 //
27 //
28

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME PURSUANT TO L.R. 6-2
C-08-5160 MMC
2

1 | request that the Court enter an Order stating the same.
2 |     So Stipulated.
3 |
4 | DATED: September 18, 2009                  Respectfully submitted,
5 |                                            JOSEPH P. RUSSONIELLO
  |                                            United States Attorney
6 |
  |                                                /s/ Melissa Brown
7 |                                            _____
  |                                            MELISSA K. BROWN
8 |                                            Assistant United States Attorney
9 |
  | DATED: September 18, 2009
10|                                            MARIE C. MIRCH
  |                                            Mirch Law Office
11|
  |                                                /s/ Marie Mirch
12|                                            _____
  |                                            MARIE MIRCH
13|                                            Attorney for the Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME PURSUANT TO L.R. 6-2
C-08-5160 MMC

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties, the Federal Defendants will have until October 13, 2009 to file a responsive pleading to the Second Amended Complaint.

IT IS SO ORDERED

Dated: September 21, 2009

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Court Judge