Robert R. Hager, #1482
Treva J. Hearne, Esq., #4450
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, Nevada 89501
Telephone #775/329.5800
Facsimile #775/329.5819
Attorney for Defendant, Mark Gunderson, M.D.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., | Case No.: C 08 5160 |
| Plaintiffs, | |
| v. | |
| MICHAEL MUKASY, in his official capacity as ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL LEAVITT, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW C. VON ESCHENBACH, M.D., in his official capacity as the ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION; MARK GUNDERSON M.D., an individual, ROBERT PERLSTEIN, M.D., an individual; JOHN ZELINSKY, an individual; and DOES 1-10, | ORDER |
| Defendants. | |

## STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CONTINUE TIME TO RESPOND TO SECOND AMENDED COMPLAINT

COMES NOW, Treva J. Hearne, Esq., counsel for Defendant, MARK GUNDERSON, and hereby requests that the hearing on the Case Management Conference currently set for November 13, 2009, at 10:30 a.m., be continued

- 1 -

to <u>January 29, 2010, at 10:30 a.m.</u>  Ms. Hearne requests such continuance as she will be in trial in Sacramento, California from November 3, 2009 to November 20, 2009.  Ms. Hearne will also be in trial in Sacramento, California from December 7, 2009 to December 11, 2009; and trial in Placerville, California the week of January 18, 2010.

Ms. Hearne also requests an extension of time to respond to Plaintiffs' Second Amended Complaint to the same date as the Federal Defendants, that being <u>October 13, 2009</u>.

DATED this 28th day of September, 2009.

        LAW OFFICES OF HAGER & HEARNE

        BY: /s/ Treva J. Hearne
           TREVA J. HEARNE, ESQ.
           SBN: 4450
           245 E. Liberty St., Ste. 110
           Reno, NV 89501
           Tele: (775) 329-5800
           Attorneys for Defendant,
            Mark Gunderson, M.D.

DATED this 28th day of September, 2009.

        MIRCH LAW OFFICE

        BY: /s/ Marie Mirch
           444 W C Street, Ste. 320
           San Diego, CA 92101
           Attorneys for Plaintiff,
            James Forsythe, M.D.

DATED this 28th day of September, 2009.

        JOSEPH P. RUSSONIELLO
        United States Attorney

        BY: /s/ Melissa Brown
           Melissa K. Brown
           450 Golden Gate Ave., Box 36055
           San Francisco, CA 94102-3495
           Assistant United States Attorney for
           Federal Defendants

//

//

HAGER & HEARNE
245 E. Liberty Street, Ste. 110
Reno, NV 89501
(775) 329-5800; FAX (775) 329-5819

1  **O R D E R**

2  IT IS SO ORDERED.

3  DATED this 30th day of September, 2009


UNITED STATES DISTRICT JUDGE

**HAGER & HEARNE**
245 E. Liberty Street, Ste. 110
Reno, NV 89501
(775) 329-5800; FAX (775) 329-5819