IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES W. FORSYTHE, M.D., et al.,

        Plaintiffs,

  v.

ERIC HOLDER, et al.,

        Respondent.

                                              /

No. CV-08-5160 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Dr. Gunderson's motion to dismiss is hereby GRANTED, and the Second Amended Complaint is, as against said defendant, hereby DISMISSED without prejudice. The Court has previously dismissed the Forsythe's claims against all other defendants.

Dated: January 25, 2010                                    Richard W. Wieking, Clerk

                                                                      By: Tracy Lucero
                                                                      Deputy Clerk